IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT M. COOPER                                                                                          PETITIONER

VS.                            Civil Case No. 5:07CV00090 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 11th day of January, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge